## EDWARDS *v.* THE STATE.

GEORGE, J. 1. The grounds of the amendment to the motion for new trial are not referred to in the brief of counsel for the plaintiff in error, filed in this court; and counsel for plaintiff in error, on the argument in this court, expressly abandoned the errors assigned in the amendment.

2. The evidence authorized the verdict, and the court did not err in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur.*

No. 2012.    OCTOBER 13, 1920.

Indictment for murder. Before Judge Harrell. Talbot superior court. March 22, 1920.

*George C. Palmer, A. P. Persons, J. H. McGehee, John A. Smith,* and *R. R. Arnold,* for plaintiff in error.

*R. A. Denny, attorney-general, C. F. McLaughlin, solicitor-general, Graham Wright, Jones Perryman,* and *H. A. Hall,* contra.